**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Morningstar Fellowship Church, Petitioner,

v.

York County, South Carolina, Respondent.

Appellate Case No. 2018-001655

---

Appeal From York County
S. Jackson Kimball, III, Circuit Court Judge
Daniel Dewitt Hall, Circuit Court Judge

---

Memorandum Opinion No. 2019-MO-041
Heard October 30, 2019 – Filed November 20, 2019

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Donald M. Brown Jr., of Brown & Associates, PLLC, of Charlotte, North Carolina, for Petitioner.

W. Keith Martens, of Hamilton Martens, LLC, of Rock Hill, and Michael K. Kendree Sr., of York, for Respondent.

---

**PER CURIAM:**  We issued a writ of certiorari to review the court of appeals' decision in *Morningstar Fellowship Church v. York County*, Op. No. 2018-UP-250

(S.C. Ct. App. filed June 13, 2018).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**